**Order entered June 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00163-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-09-843**

## ORDER

Before the Court is appellee the Texas Department of Family and Protective Services'

June 21, 2019 motion for extension of time to file brief.  We **GRANT** the motion and **ORDER**

the Department to file its responsive brief no later than July 22, 2019.


/s/      BILL WHITEHILL
JUSTICE